

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2014

No. 04-14-00636-CV

**IN RE** Rosa **VIDA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

On September 10, 2014, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than September 25, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on September 11th, 2014.          PER CURIAM

ATTESTED TO: _____
                    Keith E. Hottle
                    Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CVT-000773-D3, styled *Luis and Janeth Moreno, et al. v. Mary Help of Christians School, Institute of the Daughters of Mary Help of Christians Salesian Sisters of St. John Bosco, and Rosa Vida*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Beckie Palomo, presiding.